**COMMONWEALTH of Pennsylvania, DEPARTMENT OF AGRICUL-TURE, Respondent**

**No. 78 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

Anthony J. CRAWFORD, Petitioner

**No. 87 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donnell NELSON, Petitioner**

**No. 178 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Joan M. CICCHIELLO, Petitioner**

v.

**SERVICE EMPLOYEE INTERNA-TIONAL UNION HEALTHCARE PENNSYLVANIA, Respondent**

**No. 103 MAL 2017**

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**